UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AGNES BUCOY-ILAGAN | : | CIVIL ACTION NO._____ |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| GC SERVICES LIMITED PARTNERSHIP | : | |
| Defendant | : | FEBRUARY 7, 2011 |
| | : | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. 1331, 1441 and 1446, the defendant, GC Services Limited Partnership, ("Defendant"), through its undersigned counsel, Zeldes, Needle & Cooper, P.C., hereby gives notice of removal of this case to this Court from the Connecticut Superior Court for the Judicial District of Ansonia/Milford, at Milford, in which this action is now pending. The Defendant appears solely for the purpose of removal and for no other purpose, reserving all defenses available to it.  In support of this petition, the Defendant represents as follows:

1.      An action was commenced against the Defendant in the Superior Court for the State of Connecticut in and for the Judicial District of Ansonia/Milford at Milford, entitled Agnes Bucoy-Ilagan v. GC Services Limited Partnership, bearing a return date of February 15, 2011.  A copy of the summons and complaint received by Defendant is attached hereto as Exhibit A.

2.    The complaint is dated December 30, 2010.  The complaint was served upon defendant's agent for service by on January 10, 2011.  Removal of this action is therefore timely under 28 U.S.C. § 1446(b).  To the best of Defendant's knowledge, there have been no other motions or papers filed with the Superior Court.

3.    In the complaint in the above-described action, Plaintiff has claimed that Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

4.    This case is removable pursuant to 28 U.S.C. § 1441(a) and (b), since the Plaintiff's complaint alleges a violation of federal law.

5.    The case is removable pursuant to 28 U.S.C. § 1441(a) and (b) since the United States District Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6.    As required by 28 U.S.C. § 1446(d), the Defendant will give notice of the filing of this notice to the Plaintiff and to the clerk of the Superior Court in and for the Judicial District of Ansonia/Milford at Milford, where the action is now pending.  A copy of the Notice to State Court of Filing of Notice of Removal is attached as Exhibit B.

WHEREFORE, the Defendant respectfully requests that the above action now pending against it in the Superior Court of Connecticut, Judicial District of Ansonia/Milford at Milford, be removed therefrom to this Court.

DEFENDANT GC SERVICES
LIMITED PARTNERSHIP

By: _____
Jonathan D. Elliot (ct05762)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: jelliot@znclaw.com
Email: kzaehringer@znclaw.com

Its Attorneys

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 10-09
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

See page 2 for instructions

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 14 West River Street  Milford, 06460 | 203-877-4293 | 02  15 , 2011  Month  Day  Year |

☒ Judicial District  G.A.     At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)     Case type code (See list on page 2)
☐ Housing Session  Number:  **Milford**     Major: **M**   Minor: **90**

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip) | Juris number (to be entered by attorney only) |
|---|---|
| Consumer Legal Services, LLC, P.O. Box 474, Guilford, 06437 | 430221 |

Signature of Plaintiff (if self-represented)

Telephone number (with area code)  203-458-8200

Number of Plaintiffs: 1   Number of Defendants: 1   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name:  Agnes Bucoy-Ilagan  Address:  433 Howellton Road; Orange; CT; 06477 | P-01 / P-02 |
| Additional Plaintiff | Name:  Address: | D-50 |
| First Defendant | Name:  GC Services Limited Partnership; 6330 Gulfton; Houston TX; 77081  Address: | D-51 |
| Additional Defendant | Name:  Address: | D-52 |
| Additional Defendant | Name:  Address: | D-53 |
| Additional Defendant | Name:  Address: | |

**Notice to Each Defendant**

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left  Theresa Rose Nickols DeGray | Date Signed  12-30-10 |
|---|---|---|---|

If this Summons is signed by a Clerk:
c. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
d. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

Name and address of person recognized to prosecute in the amount of $250
Ernest L. Nickols, Sr., 11 Beverly Place, Bridgeport, CT 06610

| Signed (Official taking recognizance; "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Date  12-30-10 | Docket Number |
|---|---|---|---|

(Page 1 of 2)

RETURN DATE: FEBRUARY 15, 2011     :     SUPERIOR COURT

BUCOY-ILAGAN, AGNES     :     J. D. OF ANSONIA/MILFORD

V.     :     AT MILFORD

GC SERVICES LIMITED PARTNERSHIP     :     DECEMBER 30, 2010

## COMPLAINT

**COUNT ONE**

1. The Plaintiff seeks relief pursuant to the Connecticut General Statutes (C.G.S. § 36a-800 et seq., § 36a-645 et seq. and § 42-110a et seq.) and the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.).

2. The Court has jurisdiction pursuant to 15 U.S.C. § 1692K and 28 U.S.C §§ 1331 and 1367.

3. The Plaintiff is a "consumer debtor" and/or "consumer" and/or "person" as defined by the Connecticut General Statutes (C.G.S. § 36a-800 et seq. and §42-110a (3)) and/or the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.), currently residing at 433 Howellton Road, Orange, CT 06477.

4. The Defendant has a business address of 6330 Gulfton, Houston, Texas, 77081, and is a "debt collector" as defined by the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.) and a "consumer collection agency" and/or a "person" as defined by the Connecticut General Statutes (C.G.S. §36a-800 et seq. and §42-110a(3)).

5. On April 23, 2010 the Plaintiff received its first dunning letter from the Defendant dated April 19, 2010; a copy of which is attached as Exhibit A.

6. On April 26, 2010, the Plaintiff sent correspondence to the Defendant by facsimile for the following reasons:  (a) to notify the Defendant that the Plaintiff disputed the alleged debt, and (b) to request from the Defendant information regarding the alleged debt; a copy of

which is attached as Exhibit B along with the fax transmittal confirmation receipt therefor.

7. Pursuant to statutory law, the Defendant should then have ceased all collection activities related to the alleged debt until such time as the Defendant provided to the Plaintiff all of the requested information outlined in Exhibit B.

8. However, on May 20, 2010, the Plaintiff received a second dunning letter from the Defendant, in which the Defendant continued to engage in collection activities on the alleged debt, by the inclusion of such statements as: "Please send us your payment in full in the enclosed envelope;" "Please remit your balance in full;" "Please make your check payable to Citibank (SD), N.A. and return it with this notice to the post office box listed above;" and "As of the date of this letter, you owe "$2893.75;" in violation of 15 U.S.C. § 1692 g(5)(b); a copy of which is attached hereto as Exhibit C.

9. On June 25, 2010, the Plaintiff received a third dunning letter from the Defendant, dated June 21, 2010, in which the Defendant continued its collection activities on the alleged debt, by the inclusion of such statements as: "Using your tax refund may qualify you for a settlement and substantial savings. Additionally, paying a large portion of your balance with your tax refund will assist you in establishing a payment plan that pays off your debt;" "...call us at the phone number listed above and let one of our qualified representatives help you resolve your account;" and "Please make your check payable to Citibank (SD), N.A.;" in violation of 15 U.S.C. § 1692 c(c); a copy of which is attached as Exhibit D.

10. On July 1, 2010, the Plaintiff sent correspondence to the Defendant by facsimile for the purpose of requesting that the Defendant cease all communications, per 15 U.S.C. § 1692 c(c); a copy of which is attached as Exhibit E along with the fax transmittal confirmation receipt therefor.

11. On July 12, 2010, the Plaintiff received a fourth letter from the Defendant, dated July 6, 2010, in which the Defendant persisted in continuing its collection activities on the alleged debt, by the inclusion of such statements as: "...we are willing to work out a monthly payment arrangement on your account that fits your current budget;" "Please make your check payable to Citibank (SD), N.A.;" and "As of the date of this letter, you

owe $3085.42;" in violation of 15 U.S.C. § 1692 c(c); a copy of which is attached as Exhibit F.

12. As a result of its acts, or omissions to act, the Defendant is liable to the Plaintiff pursuant to the Fair Debt Collection Practices Act.

**COUNT TWO**

13. Paragraphs 1-12 of Count One are incorporated into Count Two as though stated in full.

14. At all times relevant herein, the Defendant has been engaged in the trade or commerce of providing debt collection services in the State of Connecticut.

15. By act the Defendant violated the Connecticut Unfair Trade Practices Act (C.G.S. §§ 42-110a-42-110j) in its attempt to collect the alleged underlying debt.

16. The Plaintiff is a "person" as defined by the Connecticut General Statutes (C.G.S. § §42-110 et seq.), residing in Orange, Connecticut.

17. The Defendant is a "person" as defined by the C.G.S. §42-110 et seq.

18. As a result of the conduct of the Defendant alleged in Paragraphs 8 (eight), nine (9) and eleven (11) of this Count, the Plaintiff has suffered an ascertainable loss of money or property, including the loss of money, time and inconvenience in attempting to dispute the alleged debt.

19. The conduct of the Defendant alleged in Paragraphs eight (8), nine (9) and eleven (11) of this Count constitutes an intentional and wanton violation of the Plaintiff's rights or was done with a reckless indifference to those rights in that the Defendant knew that its representations and omissions were false and misleading or was recklessly indifferent to their truth or completeness and that its actions or omissions were without reasonable justification or excuse.

20. The conduct of the Defendant alleged in this Complaint constitutes a deceptive act or practice within the meaning of C.G.S. § 42-110b(a), in the conduct of the trade or commerce alleged in Paragraphs eight (8), nine (9) and eleven (11) of this Count in that said conduct constitutes a material misrepresentation or omission likely to mislead a consumer acting reasonably under the circumstances.

21. The Defendant's act averred in Paragraphs eight (8), nine (9) and eleven (11) of this Count is unfair, deceptive and/or unconscionable.

22. Any and all of the Defendant's acts, or omissions to act, averred in this Count are harassing, oppressive, unfair, deceptive and/or unconscionable.

23. As a result of its acts, or omissions to act, the Defendant is liable to the Plaintiff pursuant to the Connecticut Unfair Trade Practices Act.

## COUNT THREE

24. Paragraphs 1-23 of Count Two are hereby incorporated into Count Three as though stated in full.

25. All of the Defendant's acts, or omissions to act, averred in this complaint caused intentional infliction of emotional distress to the Plaintiff.

WHEREFORE, the Plaintiff claims:

1. Actual Money damages, pursuant to C.G.S. § 42-110g(a) in the amount of $5,000.00 or more, exclusive of interest and costs;
2. Ascertainable loss;
3. Punitive damages, pursuant to C.G.S. § 42-110g(a);
4. Statutory damages;
5. Attorneys fees and costs, pursuant to C.G.S. § 42-110g(d) and
6. Such other relief as the Court may find in law or equity.

THE PLAINTIFF
Agnes Bucoy-Ilagan

By:

THERESA ROSE DEGRAY
Consumer Legal Services, LLC
PO Box 474
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Juris No.: 430221

p. 7

RETURN DATE: FEBRUARY 15, 2011       :          SUPERIOR COURT

BUCOY-ILAGAN, AGNES               :          J. D. OF

V.                                    :          AT MILFORD

GC SERVICES LIMITED PARTNERSHIP    :          DECEMBER 30, 2010

## STATEMENT RE: AMOUNT IN DEMAND

    The Plaintiff in the above captioned matter claims an amount in excess of $2,500.00 against the Defendant.

                        THE PLAINTIFF
                        Agnes Bucoy-Ilagan

By:                      

                        THERESA ROSE DEGRAY
                        Consumer Legal Services, LLC
                        PO Box 474
                        Guilford, CT 06437
                        Tel: 203-458-8200
                        Fax: 203-738-1062
                        Juris No.: 430221



**GC SERVICES LIMITED PARTNERSHIP**
**COLLECTION AGENCY DIVISION**
**6330 GULFTON, HOUSTON, TX. 77081**

YOU OWE
CITIBANK (SD), N.A.

PO BOX 2667 (057)
HOUSTON TX 77252-2667
RETURN SERVICE REQUESTED
APRIL 19, 2010

| BALANCE DUE |
| --- |
| * $2,772.48 |

## BALANCE DUE STATEMENT

ACCOUNT NUMBER
6035320014806010

0240310105000023-0185-01

AGNES BUCOY-ILAGAN

433 HOWELLTON RD
ORANGE CT 06477-2624

USE ENCLOSED ENVELOPE AND SEND PAYMENT TO:

PO BOX 3855
HOUSTON TX 77253
                          2819134
(800) 285-3417

**PLEASE DETACH AND RETURN UPPER PORTION OF STATEMENT WITH PAYMENT.**

RE: THE HOME DEPOT

Dear Agnes Bucoy-ilagan:

Your account with Citibank (SD), N.A., in the amount of
$2,772.48, has been referred to us.

By this time you must realize that you are delinquent.

Please send us your payment in full in the enclosed
envelope. Please include this letter to assure proper credit
of your payment.

Please remit your balance in full or phone (800) 285-3417.

Please make your check payable to Citibank (SD), N.A. and
return it with this notice to the post office box listed
above. If you have any questions, call the phone number
indicated above.

                    Mr. D. Kemp
                    Account Representative

0240310105000023
IMPORTANT: BE CERTAIN YOUR ACCOUNT IS CORRECT.
HOME PHONE          : _____
NEW ADDRESS         : _____
EMPLOYER            : _____  PHONE: _____
EMPLOYER ADDRESS    : _____

* As of the date of this letter, you owe $2,772.48.
Because of interest, late charges, and other charges that
may vary from day to day, the amount due on the day you pay
may be greater. Hence, if you pay the amount shown above, an
adjustment may be necessary after we receive your check, in
which event we will inform you.
**NOTICE: SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION** TIB-CDP1



EXHIBIT
A

Dec 30 2010 1:24PM

p.9

## GC SERVICES LIMITED PARTNERSHIP

ESTE ES UN INTENTO PARA COBRAR UNA DEUDA Y CUALQUIER INFORMACION OBTENIDA SERA USADA COM ESE PROPOSITO.

INFORMACION AL CONSUMIDOR:
A MENOS QUE USTED, DENTRO DE LOS TREINTA (30) DIAS DE RECIBIR NOTIFICACION ESCRITA INICIAL RELATIVA A ESTA DEUDA, DISPUTE LA VALIDEZ DE LA DEUDA, O CUALQUIER PARTE DE LA MISMA, LA DEUDA SERA ASUMIDA COMO VALIDA POR GC SERVICES. SI USTED NOTIFICA A GC SERVICES POR ESCRITO DENTRO DEL ANTES MENCIONADO PERIODO DE TREINTA (30) DIAS, QUE LA DEUDA, O CUALQUIER PORCION DE LA MISMA, ES CUESTIONADA. GC SERVICES OBTENDRA VERIFICACION DE LA DEUDA O UNA COPIA DE DICHA VERIFICACION O DICTAMEN. SI USTED LO SOLICITA POR ESCRITO DENTRO DEL ANTES MENCIONADO PERIODO DE TREINTA (30) DIAS, GC SERVICES LE COMUNICARA EL NOMBRE Y DIRECCION DEL ACREEDOR ORIGINAL, SI FUERA DISTINTO DEL ACREEDOR ACTUAL.

LAS DEMANDAS DE PAGO DE ESTA CARTA NO REDUCEN SUS DERECHOS DE DISPUTAR ESTA DEUDA, O CUALQUIER PORCION DE LA MISMA, Y/O A SOLICITAR VERIFICACION DENTRO DEL PERIODO DE TREINTA (30) DIAS ANTES MENCIONADO.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
CONSUMER INFORMATION:
UNLESS YOU, WITHIN THIRTY (30) DAYS AFTER YOUR RECEIPT OF GC SERVICES' INITIAL WRITTEN NOTICE TO YOU CONCERNING THIS DEBT, DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THE DEBT WILL BE ASSUMED TO BE VALID BY GC SERVICES. IF YOU NOTIFY GC SERVICES IN WRITING WITHIN THE ABOVE DESCRIBED THIRTY (30) DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, GC SERVICES WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT AGAINST YOU AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO YOU BY GC SERVICES. UPON YOUR WRITTEN REQUEST WITHIN THE ABOVE DESCRIBED THIRTY (30) DAY PERIOD, GC SERVICES WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THE DEMANDS FOR PAYMENT IN THIS LETTER DO NOT REDUCE YOUR RIGHTS TO DISPUTE THIS DEBT OR ANY PORTION THEREOF, AND/OR TO REQUEST VERIFICATION WITHIN THE THIRTY (30) DAY PERIOD AS SET FORTH ABOVE.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CALIFORNIA RESIDENTS: THE STATE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT AND THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT REQUIRE THAT, EXCEPT UNDER UNUSUAL CIRCUMSTANCES, COLLECTORS MAY NOT CONTACT YOU BEFORE 8 A.M. OR AFTER 9 P.M. THEY MAY NOT HARASS YOU BY USING THREATS OF VIOLENCE OR ARREST OR BY USING OBSCENE LANGUAGE. COLLECTORS MAY NOT USE FALSE OR MISLEADING STATEMENTS OR CALL YOU AT WORK IF THEY KNOW OR HAVE REASON TO KNOW THAT YOU MAY NOT RECEIVE PERSONAL CALLS AT WORK. FOR THE MOST PART, COLLECTORS MAY NOT TELL ANOTHER PERSON, OTHER THAN YOUR ATTORNEY OR SPOUSE, ABOUT YOUR DEBT. COLLECTORS MAY CONTACT ANOTHER PERSON TO CONFIRM YOUR LOCATION OR ENFORCE A JUDGMENT. FOR MORE INFORMATION ABOUT DEBT COLLECTION ACTIVITIES, YOU MAY CONTACT THE FEDERAL TRADE COMMISSION AT 1-877-FTC-HELP OR WWW.FTC.GOV.

COLORADO RESIDENTS: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA GC SERVICES 8390 GULFTON, HOUSTON, TX 77081. A CONSUMER HAS THE RIGHT TO REQUEST IN WRITING THAT A DEBT COLLECTOR OR COLLECTION AGENCY CEASE FURTHER COMMUNICATION WITH THE CONSUMER. A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT THE DEBT COLLECTOR OR COLLECTION AGENCY FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT.

EXHIBIT

Dec 30 2010 1:24PM





***Agnes Bucoy-Ilagan***
***433 Howellton Road***
***Orange, CT  06477***

SENT BY FAX
(602) 347-5750

April 26, 2010

To:  GC Services
Alleged Creditor:  Citibank
Alleged Account No.:  -6010

Dear Sir or Madam:

I am in receipt of your letter.  I do dispute the validity of the debt and ask that you please provide the following:

1) Original signed copy of the application
2) Terms of the agreement / Rights of the original creditor
3) Copies of all signed receipts
4) A breakdown of all the debt

Upon receipt of the above, I will review the information and advise.

Thank you for your attention to this matter.

Sincerely,

*Agnes Bucoy-Ilagan*



*** TRANSMISSION REPORT ***

APR 26,2010  15:35    Model # 4200 Series

| START TIME | SENT TO | PAGES | RESULT |
|---|---|---|---|
| 15:34 | *6716023475750 | 1 | OK |



**GC Services Limited Partnership**
**Collection Agency Division**
**6330 Gulfton, Houston, Tx. 77081**

PO BOX 2667 (057)
HOUSTON TX 77252-2667
RETURN SERVICE REQUESTED
MAY 20, 2010

## BALANCE DUE STATEMENT

0240310138000073-0185-01
Illlimilmlllllmlllmlllmllmllmlllmllllmlllll
AGNES BUCOY-ILAGAN

433 HOWELLTON RD
ORANGE CT 06477-2624

---

| YOU OWE |
| --- |
| CITIBANK (SD), N.A. |

| BALANCE DUE |
| --- |
| * $2,873.75 |

| ACCOUNT NUMBER |
| --- |
| 6035320014806010 |

USE ENCLOSED ENVELOPE AND SEND PAYMENT TO:

Illmllmllmllmllllmllllmllmllllmllllllllllll

PO BOX 3855
HOUSTON TX 77253
2828343
(800) 285-3417

---

**PLEASE DETACH AND RETURN UPPER PORTION OF STATEMENT WITH PAYMENT.**

RE: THE HOME DEPOT

Dear Agnes Bucoy-ilagan:

Your account with Citibank (SD), N.A., in the amount of $2,873.75, has been referred to us.

By this time you must realize that you are delinquent.

Please send us your payment in full in the enclosed envelope. Please include this letter to assure proper credit of your payment.

Please remit your balance in full or phone (800) 285-3417.

Please make your check payable to Citibank (SD), N.A. and return it with this notice to the post office box listed above. If you have any questions, call the phone number indicated above.

Ms. S. Roach
Account Representative

0240310138000073
IMPORTANT: BE CERTAIN YOUR ACCOUNT IS CORRECT.
HOME PHONE      : _____
NEW ADDRESS     : _____
EMPLOYER        : _____  PHONE: _____
EMPLOYER ADDRESS : _____

* As of the date of this letter, you owe $2,873.75. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you.

**NOTICE:** SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION.TIB-CDP1

**EXHIBIT**
C



**GC Services Limited Partnership**
Collection Agency Division
6330 Gulfton, Houston, Tx. 77081

PO BOX 2667 (057)
HOUSTON TX 77252-2667
RETURN SERVICE REQUESTED
JUNE 21, 2010

## BALANCE DUE STATEMENT

0240310138000073-0185-32
AGNES BUCOY-ILAGAN

433 HOWELLTON RD
ORANGE CT 06477-2624

| YOU OWE | |
|---|---|
| CITIBANK (SD), N.A. | |
| **BALANCE DUE** | |
| * $2,979.50 | |

ACCOUNT NUMBER
6035320014806010

USE ENCLOSED ENVELOPE AND SEND PAYMENT TO:

PO BOX 3855
HOUSTON TX 77253

(800) 285-3417

2828343

---

### PLEASE DETACH AND RETURN UPPER PORTION OF STATEMENT WITH PAYMENT

RE: THE HOME DEPOT

Dear Agnes Bucoy-ilagan:

We want to talk to you about your TAX REFUND and how it can
help you with the above referenced account.

Using your TAX REFUND may qualify you for a settlement and
substantial savings. Additionally, paying a large portion of
your balance with your TAX REFUND will assist you in
establishing a payment plan that pays off your debt.
While you wait for your refund, call us at the phone number
listed above and let one of our qualified representatives
help you resolve your account.

We feel this is a fair and reasonable request and your
cooperation is appreciated. If you have any questions,
or think you may qualify for a settlement, please call
(800) 285-3417.

Please make your check payable to Citibank (SD), N.A. and
return it with this notice to the post office box listed
above. If you have any questions, call the phone number
indicated above.

                          Mr. S. Mcsorley
                          Account Representative

* As of the date of this letter, you owe $2,979.50.
Because of interest, late charges, and other charges that
may vary from day to day, the amount due on the day you pay
may be greater. Hence, if you pay the amount shown above, an
adjustment may be necessary after we receive your check, in
which event we will inform you.

CITIB-T

**NOTICE:** SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION



EXHIBIT
D

**GC SERVICES LIMITED PARTNERSHIP**

ESTE ES UN INTENTO PARA COBRAR UNA DEUDA Y CUALQUIER INFORMACION OBTENIDA SERA USADA CON ESE PROPOSITO.

INFORMACION AL CONSUMIDOR:
A MENOS QUE USTED, DENTRO DE LOS TREINTA (30) DIAS DE RECIBIR NOTIFICACION ESCRITA INICIAL RELATIVA A ESTA DEUDA, DISPUTE LA VALIDEZ DE LA DEUDA, O CUALQUIER PARTE DE LA MISMA, LA DEUDA SERA ASUMIDA COMO VALIDA POR GC SERVICES. SI USTED NOTIFICA A GC SERVICES POR ESCRITO DENTRO DEL ANTES MENCIONADO PERIODO DE TREINTA (30) DIAS, QUE LA DEUDA, O CUALQUIER PORCION DE LA MISMA, ES CUESTIONADA, GC SERVICES OBTENDRA VERIFICACION DE LA DEUDA O UNA COPIA DE DICHA VERIFICACION O DICTAMEN. SI USTED LO SOLICITA POR ESCRITO DENTRO DEL ANTES MENCIONADO PERIODO DE TREINTA (30) DIAS, GC SERVICES LE COMUNICARA EL NOMBRE Y DIRECCION DEL ACREEDOR ORIGINAL, SI FUERA DISTINTO DEL ACREEDOR ACTUAL.

LAS DEMANDAS DE PAGO DE ESTA CARTA NO REDUCEN SUS DERECHOS DE DISPUTAR ESTA DEUDA, O CUALQUIER PORCION DE LA MISMA, Y/O A SOLICITAR VERIFICACION DENTRO DEL PERIODO DE TREINTA (30) DIAS ANTES MENCIONADO.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
CONSUMER INFORMATION:
UNLESS YOU, WITHIN THIRTY (30) DAYS AFTER YOUR RECEIPT OF GC SERVICES' INITIAL WRITTEN NOTICE TO YOU CONCERNING THIS DEBT, DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THE DEBT WILL BE ASSUMED TO BE VALID BY GC SERVICES. IF YOU NOTIFY GC SERVICES IN WRITING WITHIN THE ABOVE DESCRIBED THIRTY (30) DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, GC SERVICES WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT AGAINST YOU AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO YOU BY GC SERVICES. UPON YOUR WRITTEN REQUEST WITHIN THE ABOVE DESCRIBED THIRTY (30) DAY PERIOD, GC SERVICES WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THE DEMANDS FOR PAYMENT IN THIS LETTER DO NOT REDUCE YOUR RIGHTS TO DISPUTE THIS DEBT OR ANY PORTION THEREOF, AND/OR TO REQUEST VERIFICATION WITHIN THE THIRTY (30) DAY PERIOD AS SET FORTH ABOVE.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CALIFORNIA RESIDENTS: THE STATE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT AND THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT REQUIRE THAT, EXCEPT UNDER UNUSUAL CIRCUMSTANCES, COLLECTORS MAY NOT CONTACT YOU BEFORE 8 A.M. OR AFTER 9 P.M. THEY MAY NOT HARASS YOU BY USING THREATS OF VIOLENCE OR ARREST OR BY USING OBSCENE LANGUAGE. COLLECTORS MAY NOT USE FALSE OR MISLEADING STATEMENTS OR CALL YOU AT WORK IF THEY KNOW OR HAVE REASON TO KNOW THAT YOU MAY NOT RECEIVE PERSONAL CALLS AT WORK. FOR THE MOST PART, COLLECTORS MAY NOT TELL ANOTHER PERSON, OTHER THAN YOUR ATTORNEY OR SPOUSE, ABOUT YOUR DEBT. COLLECTORS MAY CONTACT ANOTHER PERSON TO CONFIRM YOUR LOCATION OR ENFORCE A JUDGMENT. FOR MORE INFORMATION ABOUT DEBT COLLECTION ACTIVITIES, YOU MAY CONTACT THE FEDERAL TRADE COMMISSION AT 1-877-FTC-HELP OR WWW.FTC.GOV.

COLORADO RESIDENTS: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA GC SERVICES 6330 GULFTON, HOUSTON, TX 77081. A CONSUMER HAS THE RIGHT TO REQUEST IN WRITING THAT A DEBT COLLECTOR OR COLLECTION AGENCY CEASE FURTHER COMMUNICATION WITH THE CONSUMER. A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT THE DEBT COLLECTOR OR COLLECTION AGENCY FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT.



EXHIBIT D

Bidon

**FAXED** _____

**Agnes Bucoy-Ilagan**
**433 Howellton Road**
**Orange, CT  06477**

SENT BY FAX
(602) 347-5750

July 1, 2010

To:  GC Services
Alleged Creditor:  Citibank
Alleged Account No.:  6010

Dear Sir or Madam:

On April 26, 2010, I sent you a letter stating that I do dispute the validity of the debt and asked that you please provide the following:

    1)  Original signed copy of the application
    2)  Terms of the agreement / Rights of the original creditor
    3)  Copies of all signed receipts
    4)  A breakdown of all the debt

At this time I have not received the requested information from you but you have continued to contact me in writing regarding this alleged debt.  As a result of your ignoring my first letter, I am requesting under "The Fair Debt Collection Practices Act" to cease all communication with me in reference to the above account.

If you fail to heed this notice, I will file a formal complaint against you with the Federal Trade Commission which is responsible for enforcement, the state Attorney General's Office, and the American Collector's Association which monitors for noncompliance.  In addition, I will seek an attorney who specializes in Fair Debt Collection Practices Act violations to bring action against you, as your firm has violated the FDCPA.

I do not desire to work with your company under any circumstances. You are also notified that if any adverse items are placed against my credit reports as a result of this notice that I will be forced to take appropriate action against you and the client that you represent. Please cease and desist all communications, as the consequences could be severe.

Sincerely,

*Agnes Bucoy-Ilagan*



EXHIBIT
E
1 of 2

*** TRANSMISSION REPORT ***

JUL  1,2010  16:03     Model # 4200 Series

                                                    PAGES   RESULT
START TIME             SENT TO                          1   OK
16:02                  *6716023475750



GC SERVICES LIMITED PARTNERSHIP
COLLECTION AGENCY DIVISION
6330 GULFTON, HOUSTON, TX. 77081

YOU OWE
CITIBANK (SD), N.A.

BALANCE DUE
\* $3,085.42

PO BOX 3855 (057)
HOUSTON TX 77253
RETURN SERVICE REQUESTED
JULY 06, 2010
**BALANCE DUE STATEMENT**

ACCOUNT NUMBER
6035320014806010

USE ENCLOSED ENVELOPE AND SEND PAYMENT TO:

0240310138000073-0185-12
AGNES BUCOY-ILAGAN

433 HOWELLTON RD
ORANGE CT 06477-2624

PO BOX 3855
HOUSTON TX 77253

(800) 285-3417
2828343

**PLEASE DETACH AND RETURN UPPER PORTION OF STATEMENT WITH PAYMENT**

RE: THE HOME DEPOT

Dear Agnes Bucoy-ilagan:

We fully understand your difficulty in paying this bill. We
want you to know that we are willing to work out a monthly
payment arrangement on your account that fits your current
budget. All we ask is that you honestly pay as much as you
can afford monthly.

Please contact our office by telephone today or fill out the
lower portion of this letter and return it to us as soon as
possible.

Please make your check payable to Citibank (SD), N.A. and
return it with this notice to the post office box listed
above. If you have any questions, call the phone number
indicated above.

Mr. S. Mcsorley
Account Representative

Monthly payment requested for six (6) months : _____

Circle due date requested :     1st          10th          15th

Home phone number : _____

0240310138000073-0185-12

\* As of the date of this letter, you owe $3,085.42.
Because of interest, late charges, and other charges that
may vary from day to day, the amount due on the day you pay
may be greater. Hence, if you pay the amount shown above, an
adjustment may be necessary after we receive your check, in
which event we will inform you.



EXHIBIT

F

**NOTICE:** SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION. EL-CITIB
3855

P.18

Dec 30 2010 1:30PM

# EXHIBIT B

| | |
|---|---|
| RETURN DATE: FEBRUARY 15, 2011  : | |
| : | SUPERIOR COURT |
| AGNES BUCOY-ILAGAN, : | |
| : | JUDICIAL DISTRICT OF |
| Plaintiff, : | ANSONIA/MILFORD |
| : | |
| v. : | AT MILFORD |
| : | |
| GC SERVICES, L.P., : | |
| : | |
| Defendant. : | |
| : | |

## NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, on February 7,  2011, the defendant,  GC Services Limited Partnership ("Defendant"), through its undersigned counsel, filed in the United States District Court for the District of Connecticut, a Notice of Removal in the above-captioned matter.  With this filing, this action now stands removed from the Superior Court for the Judicial District of Ansonia/Milford at Milford to the United States District Court for the District of Connecticut.  A copy of the Notice of Removal is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE THAT a copy of the Notice of Removal is being filed with the Clerk of the Superior Court for the Judicial District of Ansonia/Milford at Milford.

Dated at Bridgeport, Connecticut this   day of  February 2011.


DEFENDANT GC SERVICES
LIMITED PARTNERSHIP


By:_____
    Jonathan D. Elliot

ZELDES, NEEDLE & COOPER, P.C.
    1000 Lafayette Boulevard
    P.O. Box 1740
    Bridgeport, CT 06601-1740
    Tel:  (203) 333-9441
    Fax: (203) 333-1489
    Juris No. 69695


Its Attorneys

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing has been sent via U.S. Mail first-class mail, postage prepaid, on this date, to:


Theresa Rose DeGray, Attorney
Consumer Legal Services, LLC
29 Soundview Road
Suite 11B
Guilford, CT 06437


Dated at Bridgeport, Connecticut on this          day of February, 2011.


_____
Jonathan D. Elliot

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AGNES BUCOY-ILAGAN | : | CIVIL ACTION NO._____ |
| Plaintiff | : | |
| V. | : | |
| GC SERVICES LIMITED PARTNERSHIP | : | |
| Defendant | : | FEBRUARY 7, 2011 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. 1331, 1441 and 1446, the defendant, GC Services Limited Partnership, ("Defendant"), through its undersigned counsel, Zeldes, Needle & Cooper, P.C., hereby gives notice of removal of this case to this Court from the Connecticut Superior Court for the Judicial District of Ansonia/Milford, at Milford, in which this action is now pending. The Defendant appears solely for the purpose of removal and for no other purpose, reserving all defenses available to it.  In support of this petition, the Defendant represents as follows:

1.     An action was commenced against the Defendant in the Superior Court for the State of Connecticut in and for the Judicial District of Ansonia/Milford at Milford, entitled Agnes Bucoy-Ilagan v. GC Services Limited Partnership, bearing a return date of February 15, 2011.  A copy of the summons and complaint received by Defendant is attached hereto as Exhibit A.

2.      The complaint is dated December 30, 2010.  The complaint was received by defendant by certified mail on or about January 10, 2011.  Removal of this action is therefore timely under 28 U.S.C. § 1446(b).  To the best of Defendant's knowledge, there have been no other motions or papers filed with the Superior Court.

3.      In the complaint in the above-described action, Plaintiff has claimed that Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

4.      This case is removable pursuant to 28 U.S.C. § 1441(a) and (b), since the Plaintiff's complaint alleges a violation of federal law.

5.      The case is removable pursuant to 28 U.S.C. § 1441(a) and (b) since the United States District Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6.      As required by 28 U.S.C. § 1446(d), the Defendant will give notice of the filing of this notice to the Plaintiff and to the clerk of the Superior Court in and for the Judicial District of Ansonia/Milford at Milford, where the action is now pending.  A copy of the Notice to State Court of Filing of Notice of Removal is attached as Exhibit B.

WHEREFORE, the Defendant respectfully requests that the above action now pending against it in the Superior Court of Connecticut, Judicial District of Ansonia/Milford at Milford, be removed therefrom to this Court.

DEFENDANT GC SERVICES
LIMITED PARTNERSHIP


By:_____
    Jonathan D. Elliot (ct05762)

        ZELDES, NEEDLE & COOPER, P.C.
        1000 Lafayette Boulevard
        P.O. Box 1740
        Bridgeport, CT 06601-1740
        Tel:  (203) 333-9441
        Fax: (203) 333-1489
        Email: jelliot@znclaw.com
        Email: kzaehringer@znclaw.com


    Its Attorneys

3

## CERTIFICATION OF SERVICE

I hereby certify that on **February** 7 **2011**, a copy of foregoing **Notice of Removal** was filed with the court in accordance with the court's filing policies and procedures and was sent by U.S. mail to:

Theresa Rose DeGray, Attorney
Consumer Legal Services, LLC
29 Soundview Road
Suite 11B
Guilford, CT 06437

Dated at Bridgeport, Connecticut on this 7th day of February, 2011.

_____
Jonathan D. Elliot

4