UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AGNES BUCOY-ILAGAN,<br><br>     Plaintiff,<br><br>V.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>     Defendant. | :  No. 3:11-cv-00203-AWT<br>:<br>:<br>:<br>:<br>:  STIPULATION OF DISMISSAL<br>:  WITH PREJUDICE<br>: |

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF,
AGNES BUCOY-ILAGAN,

By: _____
Theresa Rose DeGray, Attorney
Consumer Legal Services, LLC
29 Soundview Road  Suite 11B
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Email:
TRD@ConsumerLegalServicesLLC.com
 Her Attorney

THE DEFENDANT,
GC SERVICES LIMITED
PARTNERSHIP

By: _____
Jonathan D. Elliot
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT  06604
Tel:  203-333-9441
Fax: 203-333-1489
E-Mail:  jelliot@znclaw.com
 Its Attorneys